**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
F I L E D

MAY 08 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **UNDER SEAL** |
| **v.** | § § § § | |
| **JAMES PAXTON JEFFERSON,**<br>**Defendant.** | § § § | **CRIMINAL No.** 19 CR 337 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about December 13, 2018, in the Houston Division of the Southern District of Texas,

**JAMES PAXTON JEFFERSON,**

the defendant herein, knowingly made false statements and representations to the Federal Firearms Licensee, Zeroed in Armory, LLC, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensees, in that the defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) and provided a false residential address, which he knew was not his current address, in order to purchase one (1) Barrett .50 caliber rifle, and two (2) Century Arms International 7.62 x 39mm caliber rifles.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count Two

On or about April 8, 2019, in the Houston Division of the Southern District of Texas,

**JAMES PAXTON JEFFERSON,**

the defendant herein, knowingly made false statements and representations to the Federal Firearms

Licensee, Zeroed in Armory, LLC, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensees, in that the defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) and provided a false residential address, which he knew was not his current address, in order to purchase twelve (12) Century Arms International 7.62 x 39mm caliber rifles.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count Three

On or about April 12, 2019, in the Houston Division of the Southern District of Texas,

**JAMES PAXTON JEFFERSON,**

the defendant herein, knowingly made false statements and representations to the Federal Firearms Licensee, Zeroed in Armory, LLC, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensees, in that the defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) and provided a false residential address, which he knew was not his current address, in order to purchase one (1) Barrett .50 caliber rifle.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count Four

On or about April 18, 2019, in the Houston Division of the Southern District of Texas,

**JAMES PAXTON JEFFERSON,**

the defendant herein, knowingly made false statements and representations to the Federal Firearms Licensee, Zeroed in Armory, LLC, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensees, in that the

defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) and provided a false residential address, which he knew was not his current address, in order to purchase one (1) Barrett .50 caliber rifle.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL·

Original Signature on File
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: JENNIE L. BASILE
Assistant United States Attorney

3